CLASS ACTION

Civil OB 13514.5

U.S. District Nort FILED (Cal)

DEC 21 2017

JASON ANTON Richardson
ETAL "Mother" -
Leslie, MARie, DARTT
VS.
San Jose Police Dept
ET AL CITY OF San Jose
Defendants
OFFicial ⊙ Individual
CAPACITY

Case

42 USC 1983
(The Attempted)
Murder of
Said Plaintiff
X
And Act of
TREASON

RMI

CV 17 7247

(PR)

I Would like to Bring A Few Matters to your Attention: on or Around June 15TH 2017 Approx 2:00 A.M. I WAS Riding My Bicycle Down First street in San Jose C.A. Coming From The Store Which WAS closed. I WAS Riding with A BACK Red light on my Bicycle, Along with my holding of A Flashlight which WAS "on" in The FRONT. Breaking No Laws. I Rode pAST A San Jose police officer And his pARTNeR in A BLACK And white S.U.V. vehicle. They MAde A UTURN And Appoched me To pull oveR, I continued

to ride. About a half block later I was removed from my bicycle. Around 2011 or 2012 the Milpitas C.A. police put me on life support in the I.C.U. unit in Valley Medical hospital, San Jose C.A. for a few days with a swelling of the brain, collapsed lungs and kidney failure, nerve damage to my arms, etc. My resisting arrest charges were dropped in that matter. I shouldn't have been suffocated, or beatin, or tased. After this specific beating, I've always ran from the police. My mother and I called around different attourneys but came to a dead end with no help. Please excuse me if my dates of these incidents are a little off. I'm trying my best to remember. After this incident is when the beatings really begun. Now back to the first one I was talking about on First street. Officer Lee from the San Jose police Dept. tased me twice, one in the back, one in the upper side of my body.. while being electricuted face down.

he put his baton on my lower back left rib like a pool stick and smacked the end of it to crack my rib. Also while being electricuted he wacked me in the back of my head to split it open, causing numerous staples, and I was given a cat scan, I cant remember what hospital that was. My attorney in that matter which was in Judge Chapmans court, had somebody come take pictures of my body later on that day after court. charges were dropped, when I asked to go to trial on that.

I filed a complaint on this matter. Via mail (Tort claim) Recently, Oct 15, 2017 I believe. About two weeks later somebody called my mother and told her that I cant file through that entity. which I was told that isn't true, cant file on the San Jose police that is. But I could on any other police unit they

said. Anyhow, I think it was last year when two officers approached me with a woman filming with her cell phone who I don't know. The two officers beat me at the same time, a countless amount of times. She started filming towards the end. Officers broke my wrist (Right.) My right pinkie finger, and my right forearm, and cracked my right shin bone (Leg.) And I managed to get away. As I ran away one of the officers swung really hard at my head but missed, hitting the car port (Pole.) That video was put on (YouTube) I don't know the title but I've seen it, and it's all over Facebook aswell on my friends pages. Later on I found out that the police were looking for a hispanic male involved in a domestic dispute, and that I fit the description which ended up in a mistaken identity. Two weeks later I was at Monterey R.D. →

and Rhoder Ave. intersection in San Jose at a red light. Driving my, at the time girl friends car, when umarked vehicles (trucks) Blocked me in, all four sides, I jumped out and ran, they shot a taser at my groin area and my head, I fell to the ground, officers kicked me in my head and face, while being eletricuted they let the K-9 loose on me which tore up my upperback and armpit. This attached flyer is my booking photo from that incident. My current case now involve Im guessing two canines Because my buttocks were ripped appart, my right arm bit open and my leg was penitrated by teeth, seems so many bites for one dog there are a couple more incidents but these are the main ones. Ive had enough of the beating. harrasment. My body hurts. I wake up to my

head in such pain everyday sometimes it hurts so bad I vomit. I get really dizzy. My Bones hurt. My memorie is BAD. I Think I Black out sometimes. My Blood pressure is extremely high. My ARMS go Numb. Im Reaching out for help. I can't seem to Find it Anywhere. My Medical Records will state All my injuries. My Attorney for my criminal case right now is Ron E. Rayes # Telephone 650-539-4127

private Investigator # 27279 - Nestor Torres 408-227-1935. Thank you. for your Time

enjoy your Holiday's

(Mother) Leslie DARTT. # 408-834-6116
   Adress  149 West 12TH ST.
           Eugene O.R. 95632


Here Endorsed Are Three Lined papers. And one TRAK Flyer (Image.)

Related Image - **ATTACHMENT**

Attachment Description: **RICHARDSON TRAK FLYER**
Reference Number:

## Officer Safety / ADW / Brandishing of a FIREARM

Case: 17-140-0630        Author: N. Bennett #3705



| | |
|---|---|
| NIC # | |
| Last Name | Richardson |
| First Name | Jason |
| Nickname | Anton |
| Alias | |
| Age | 34 |
| Gender | male |
| Height | 6'0" |
| Weight | 200 |
| Eyes | green |
| Hair | brown |
| Complexion | |
| Race | white |
| BirthDate | 08/14/1982 |

Last Contact  fled in vehicle and on foot May 20th, 2017

Marks     "Richardson" on back, "SWP" on belly

Jason Anton Richardson is a suspect in a series of assaults, brandishings of a revolver, a robbery, auto theft, vehicular evasion, and foot pursuit that occurred from May 16th, 2017 through May 20th, 2017 (San Jose PD case numbers 17-136-0435, 17-137-0424, 17-140-0448, 17-140-0609, and 17-140-0630).

On May 20th, 2017 officers attempted to stop Richardson in the 10851 vehicle he was driving in south San Jose. He led officers on a vehicle pursuit, crashed and then fled on foot and escaped. Pursuing officers saw him reaching for his waistband as he fled.

Richardson is a [NOT] WHITE SUPREMACIST with a [NO] VIOLENT CRIMINAL HISTORY. Several of the incidents being investigated involved the brandishing of a REVOLVER. He has been known to be in possession of a HYPODERMIC SYRINGE. [NEVER used] Please use caution if Richardson is contacted.

THERE IS A FELONY AFFIDAVIT ON FILE with the San Jose Police Department Warrants Unit for fleeing from officers on event 17-140-0630. The affidavit has been extended at least through 05/27/2017 at 0830 hours.

**This bulletin is being disseminated for officer safety purposes and contains law enforcement sensitive information. It is not for public disclosure.

### San Jose Police Department - Assaults Unit
### (408) 277-4161