CLASS ACTION

1   COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

2   Name: Richardson       Jason        A
3            (Last)           (First)        (Middle Initial)

4   Prisoner Number: BK#17037261  PFN# DRK050

5   Institutional Address: SANTA CLARA COUNTY JAIL

6   885 NORTH SAN Pedro ST. SAN JOSE CA. 95110

FILED
JAN - 5 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jason Anton Richardson
(Enter your full name.) Leslie Danti
vs.
San Jose Police Dept
Et Al

Case No. CV 17 7247
(Provided by the clerk upon filing)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C. § 1983

(Enter the full name(s) of the defendant(s) in this action.)

## I. Exhaustion of Administrative Remedies.

*Note:* You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A.  Place of present confinement  SANTA CLARA CO. JAIL

B.  Is there a grievance procedure in this institution?   YES ☑   NO ☐

C.  If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☑

D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: _____

2. First formal level: _____

_____

_____

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES ☐   NO ☐

F. If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

✗ Jason Richardson - PFN# DRK 050, 885 N San pedro st.

San Jose C.A. 95110.

Mother - Leslie Dartt. 149 West 12TH ST Eugene OR. 97401

B. For each defendant, provide full name, official position and place of employment.

John DOE - Jane DOE

1 - 100, SAN Jose Police Dept,

Officer "Lee,"

_____

_____

_____

_____

PRISONER COMPLAINT (rev. 8/2015)

Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On or around June 15th 2017 I WAS BeAT iN The heAD, And Body WiTh BATON while Being TAseD. CAused STaples iN heAD. CRAcked LeFt Rib, cuTs, bruises All oveR body By The sAN Jose police. Courts Took PhoTos, Also iN hospitAl File. On or Around MAy of 2016 two sAN Jose police oFFicers BeAT Me A countless Amount of times with BATONS BreAking several Bones. A "Youtube" video oF incident is oNline. oN oR Around June 2016 sAN Jose police (RATTF) Released K-9 "while" I was being TAseD Numerous Times, Punched, Kicked, in The Face. Burned FAce, HoT cement Around 2011, Police Put Me oN life support, suFFocATed, Kicked, Punched, TAsed, etc. MedicAl Records support.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes. UnlimiTed Attempted Murder And False Imprisonment, To which is Applied under 42 USC 1983, PuniTive Compensatory DAmAges, And A GrAnd Jury IndicTment - ClAss AcTion -

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 12-28-17

Date

Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-27-17     *Jason Richardson*
DATE         SIGNATURE OF APPLICANT