UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANTON RICHARDSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 17-cv-07247-JD<br><br>**ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a detainee. In the initial review order on June 26, 2018, the Court found that plaintiff had failed to state a claim and dismissed the complaint with leave to amend after discussing the deficiencies of the complaint. The twenty-eight days to amend has passed and plaintiff has not filed an amended complaint or otherwise communicated with the Court. This case is **DISMISSED** for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: August 14, 2018

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ANTON RICHARDSON,<br>    Plaintiff,<br>v.<br>SAN JOSE POLICE DEPARTMENT, et al.,<br>    Defendants. | Case No. 17-cv-07247-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 14, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jason Anton Richardson ID: DRK 050
885 N. San Pedro Street
San Jose, CA 95110


Dated: August 14, 2018

Susan Y. Soong
Clerk, United States District Court


By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO

2